**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.3694



RICHARD W. WIEKING
CLERK OF COURT

June 13, 2008

**FILED**

JUN 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tamara B█
19 Century Oaks Court
San Ramon, CA 94583

Re: **C 08-02805 EDL**
**Gregory B., Tamara B. v. San Ramon Valley Unified School District**

Dear Ms. Brock:

    This matter has been assigned to Magistrate Judge Elizabeth D. Laporte for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of the file discloses that the Consent to Proceed Before a United States Magistrate has not been filed in this case. Please select <u>one</u> of the attached forms documenting your consent **or** request for reassignment and file it with the Court by **June 30, 2008.** These forms can also be found on the Court's website at www.cand.uscourts.gov.

    Thank you.

RICHARD W. WIEKING

By: *Lili M. Harrell*
Lili M. Harrell
Deputy Clerk

Attachments

United States District Court
For the Northern District of California

1
2
3
4
5
6        UNITED STATES DISTRICT COURT
7        NORTHERN DISTRICT OF CALIFORNIA
8
GREGORY B., a minor, by and
through TAMARA B., his guardian
9  Ad Litem,
10        Plaintiff,                    No. C **08-02805** EDL
11    v.                                **CONSENT TO PROCEED BEFORE A**
                                        **UNITED STATES MAGISTRATE JUDGE**
12
SAN RAMON VALLEY UNIFIED
13  SCHOOL DISTRICT,
14        Defendant.
                                      /
15
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16
   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in
17
the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge
18
conduct any and all further proceedings in the case, including trial, and order the entry of a final
19
judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for
20
the Ninth Circuit
21
22
Dated: _____          _____
23                                       Signature
24
                                         Counsel for _____
25                                       (Name or party or indicate "pro se")
26
27
28

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY B., a minor, by and through TAMARA B., his guardian Ad Litem,

    Plaintiff,

v.

SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,

    Defendant.
_____/

No. C **08-02805** EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A DISTRICT JUDGE,**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____

Signature _____

Counsel for _____
(Name or party or indicate "pro se")

3