UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G.B., a minor, by and through T.B., his
guardian Ad Litem

      Plaintiff(s),

v.

SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

      Defendant(s).

No. C 08-02805 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 6-27-08

Signature

Counsel for Defendant San Ramon Valley Unified School District
(Plaintiff, Defendant or indicate "pro se")