AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B, a minor, by and through T.B., His Guardian Ad Litem,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | **CASE NO. C08-02805 EDL**<br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that on June 27, 2008, I caused the true and correct copies of the following documents to be placed in an envelope addressed to the parties specified herein below and deposited with the United States Postal Service, First Class postage pre-paid marked for overnight delivery:

　　　(1)　**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.**

1

CERTIFICATE OF SERVICE; CASE NO. C08-02805 EDL

SF 318702v1

| | |
|---|---|
| **PLAINTIFF PRO PER** | |
| G.B. | Minor PLAINTIFF G.B. |
| C/O T.B. | |
| 19 Century Oaks Ct. | |
| San Ramon, CA  94583 | |
| | |
| **PLAINTIFF PRO PER** | |
| T.B. | PLAINTIFF and Guardian Ad Litem for |
| 19 Century Oaks Ct. | PLAINTIFF G.B. |
| San Ramon, CA  94583 | |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on June 27, 2008, at San Francisco, California.

Christopher Davis