1  AMY R. LEVINE, State Bar No. 160743
   alevine@mbdlaw.com
2  DAMARA MOORE, State Bar No. 215678
   dmoore@mbdlaw.com
3  SARAH L. DANIEL, State Bar No. 233814
   sdaniel@mbdlaw.com
4  MILLER BROWN & DANNIS
5  71 Stevenson Street, 19th Floor
   San Francisco, CA 94105
6  Telephone: (415) 543-4111
   Facsimile: (415) 543-4384
7

8  Attorneys for Defendant
   SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12  G.B., a minor by and through T.B., his        Case No.  C-08-02805 EDL
    Guardian Ad Litem,
13                                                 **NOTICE OF LODGING OF**
                                                   **ADMINISTRATIVE RECORD UNDER**
14           Plaintiff,                            **SEAL**

15      v.

16  SAN RAMON VALLEY UNIFIED
    SCHOOL DISTRICT,
17

18           Defendants.

19

20  **TO THE HONORABLE ELIZABETH LAPORTE AND TO ALL PARTIES AND THEIR**

21  **ATTORNEYS OF RECORD:**

22          PLEASE TAKE NOTICE that Defendant SAN RAMON VALLEY UNIFIED SCHOOL

23  DISTRICT ("District") lodges under seal a copy of the entire available administrative record of

24  the action before the Office of Administrative Hearings ("OAH") entitled *San Ramon Valley*

25  *Unified School District v. G.B.,* OAH Case No. N20080400331.   The administrative record

26  contains certified copies of the transcripts from the above-referenced proceedings for the dates

27  of May 12, 13, 14, 2008, and all exhibits, pleadings and correspondence in the OAH

28  proceedings, Bates-stamped 1 through 1431.

*(left margin vertical text)* MILLER BROWN & DANNIS / 301 EAST OCEAN BOULEVARD / SUITE 1750 / LONG BEACH, CA 90802

1

1    A portion of the administrative record from May 14, 2008 proceedings is missing from

2 this submission because it was not provided to defendant by OAH. Defendant is informed and

3 believes that this portion of the record is missing, and therefore intends to file a motion to

4 supplement the record with its reconstructed transcription of the proceedings based on its own

5 recording.

6    Because the administrative record contains over 1,400 pages replete with personally

7 identifiable information related to the educational and health records of the minor plaintiff, it is

8 too voluminous to redact. Therefore, pursuant to Local Rule 79-5(a), General Order 53, and

9 pursuant to this Court's June 2, 2008 Order Allowing Plaintiff to Proceed Under a Pseudonym

10 which states "... all documents that contain personally identifiable information, ..., **be filed**

11 **under seal**, or in alternative, be redacted" (emphasis added), the District lodges this record

12 under seal. Attached hereto as Exhibit A is a true and correct copy of the Court's June 2, 2008

13 Order Allowing Plaintiff to Proceed Under a Pseudonym.

14 DATED: July 18, 2008                    MILLER BROWN & DANNIS

15

16

17                                    By:  /s/ Amy R. Levine

                                       AMY R. LEVINE
18                                     Attorneys for Defendant
                                       SAN RAMON VALLEY UNIFIED SCHOOL
19                                     DISTRICT

20

21

22

23

24

25

26

27

28

MILLER BROWN & DANNIS
301 EAST OCEAN BOULEVARD
SUITE 1750
LONG BEACH, CA 90802

2

NOTICE OF LODGING OF ADMINISTRATIVE RECORD UNDER SEAL; CASE NO. C08-02805 EDL; CASE
NO. C08-02805 EDL

SF 322030v1

SEALED BY ORDER
OF THE COURT
RECEIVED

JUN - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED

JUL X 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

1 | T        B

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

G.      . B., a minor, by and through    Civil Case No.
T.       . B., his guardian Ad Litem.
         Plaintiff                        **C08-02805 EDL**

                                          [PLAINTIFF'S PROPOSED]
                                          ORDER ALLOWING PLAINTIFF
                                          TO PROCEED UNDER A PSEUDONYM

vs.

SAN RAMON VALLEY UNIFIED SCHOOL          **FILED UNDER SEAL**
DISTRICT,
         Defendant

The Court having considered the APPLICATION OF Plaintiff G      B., by and

through his Guardian Ad Litem, T,       .B       , to protect his right to privacy and proceed

under a pseudonym, the memorandum of points and authorities, and the declaration of parent and

good cause appearing therefore,

THE COURT ORDERS that (1) Petitioner and her Guardian Ad Litem may proceed under

the pseudonyms "STUDENT" and "PARENT",  respectively, and (2) all documents that contain

personally identifiable information, including the Petition for Appointment of Guardian Ad Litem

and the Declaration of Parent, be filed under seal, or in the alternative, be redacted.

IT IS SO ORDERED

Date:  June 2, 2008

_____
UNITED STATES
DISTRICT COURT JUDGE
MAGISTRATE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


GREGORY B et al,

　　　　　　　Plaintiff,

　v.

SAN RAMON VALLEY UNIFIED SCHOOL
DISTRICT et al,

　　　　　　　Defendant.
_____/

Case Number: CV08-02805 EDL

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Amy Rose Levine
Damara L. Moore
Sarah Lynn Daniel
Miller Brown & Dannis
71 Stevenson Street, 19th Floor
San Francisco, CA 94105


Tamara B.
19 Century Oaks Ct.
San Ramon, CA 94583


Dated: July 3, 2008

　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　By: Lili M. Harrell, Deputy Clerk


Exhibit A
Page 2 of 2