AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor by and through T.B., his Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. C-08-02805 EDL<br><br>**DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S NOTICE OF MOTION AND MOTION TO SUPPLEMENT THE RECORD**<br><br>Hearing Date:    August 26, 2008<br>Time:                9:00 a.m.<br>Courtroom:      E, 15th Floor<br>Magistrate Judge: Hon. Elizabeth D. Laporte<br><br>Complaint Filed: June 5, 2008 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Tuesday, August 26, 2008 at 9:00 a.m., or as soon thereafter as this matter may be heard by the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California 94102, defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT will move for an order to supplement the record in the instant action ("Motion"). This Motion is brought under 20 U.S.C. section 1415(i)(2)(B) of the Individuals with Disabilities Education Act ("Act"), which provides that in any action brought to review an

administrative due process hearing decision under the Act, the court shall hear additional evidence at the request of a party.

    This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and the Declarations of Sarah Daniel, David Barbaras, and Anne Stewart in support thereof, and the pleadings and papers on file or lodged herein, and such further documentary or oral evidence and argument as the Court may allow.

DATED: July 18, 2008                      MILLER BROWN & DANNIS

By: /s/ Amy R. Levine
AMY R. LEVINE
Attorneys for Defendants
SAN RAMON VALLEY UNIFIED
SCHOOL DISTRICT