AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile:  (415) 543-4384

Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor by and through T.B., his Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C-08-02805 EDL<br><br>**DECLARATION OF ANNE STEWART IN SUPPORT OF DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD**<br><br>Hearing Date:   August 26, 2008<br>Time:           9:00 a.m.<br>Courtroom:      E, 15th Floor<br>Magistrate Judge: Hon. Elizabeth Laporte<br><br>Complaint Filed: June 5, 2008 |

I, Anne Stewart, declare as follows:

1.  I serve in the capacity as Litigation Management Paralegal in the offices of Miller Brown & Dannis, counsel of record for Defendant in this action, and make this declaration in support of Defendant's Motion to Supplement the Record.

2.  On July 9, 2008, this office received a certified copy of the Administrative Record and Hearing Transcripts from the California State Office of Administrative Hearings ("OAH"), Special Education Division, covering the underlying OAH due process proceedings which are the subject of Plaintiff's appeal in this action. The hearing transcripts comprised the hearings conducted on May 12, 13 and 14, 2008, before Administrative Law Judge Suzanne

1

1  Dugan, whose final Decision is presently on appeal in this court.

2      3.    On July 11, 2008, I placed a call to Ms. Cindy Watts, OAH Transcript Coordinator, and informed her that upon review of the hearing transcripts, it was discovered that a portion of witness testimony had been excluded from the May 14, 2008 hearing transcription, specifically, the testimony of G.B.'s father.

    4.    On July 14, 2008, Ms. Watts returned my call and informed me that "a portion of the hearing is missing, and as soon as our office gets the matter sorted out, we will let you know." She further stated that 1) Sherianne Laba, the presiding Administrative Law Judge, was "looking into the matter, and contacting the individuals responsible for the original recordings;" 2) the audio tapes received by the Sacramento Office of Administrative Hearings from the hearing location in San Ramon, California, "were missing a portion of the hearing," and 3) for that reason the written transcriptions conducted by Statewide Transcription Service, and which were sent to this office, were incomplete. Ms. Watts finally informed me that "at this time OAH cannot provide a complete transcription pending investigation of the matter."

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and of my personal knowledge. Executed this 18th day of July 2008, at San Francisco, California.

_____
Anne Stewart