1  AMY R. LEVINE, State Bar No. 160743
   alevine@mbdlaw.com
2  DAMARA MOORE, State Bar No. 215678
   dmoore@mbdlaw.com
3  SARAH L. DANIEL, State Bar No. 233814
   sdaniel@mbdlaw.com
4  MILLER BROWN & DANNIS
   71 Stevenson Street, 19th Floor
5  San Francisco, CA 94105
   Telephone: (415) 543-4111
6  Facsimile:  (415) 543-4384

7  Attorneys for Defendant
   SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

   | | |
   |---|---|
   | G.B., a minor by and through T.B., his Guardian Ad Litem, | Case No.  C-08-02805 EDL |
   | Plaintiff, | **DECLARATION OF DAVID BARBARAS IN SUPPORT OF DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD** |
   | v. | |
   | SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, | Hearing Date:  August 26, 2008 <br> Time:  9:00 a.m. <br> Courtroom:  E, 15th Floor <br> Magistrate Judge: Hon. Elizabeth Laporte |
   | Defendant. | Complaint Filed:  June 5, 2008 |

20         I, David Barbaras, declare as follows:

21         1.     I serve in the capacity as Paralegal in the offices of Miller Brown & Dannis,

22  counsel of record for Defendant in this action, and make this declaration in support of

23  Defendant's Motion to Supplement the Record.

24         2.     On July 16, 2008, I received an original compact disc from Sarah L. Daniel

25  marked "G. [B.] Hearing 5/14/08," which included the missing portion of the hearing in

26  question (G.B.'s father's testimony).

27         3.     On July 16 and 17, 2008, I transcribed the requested portion of the hearing

28  contained on that compact disc as faithfully as possible.

                                        1

MILLER BROWN & DANNIS
301 EAST OCEAN BOULEVARD
SUITE 1750
LONG BEACH, CA 90802

1        4.    Submitted concurrently herewith is a true and correct copy of that transcription,

2    filed under seal as Exhibit A to this Declaration.

3        I declare under penalty of perjury, under the laws of the United States, that the foregoing

4    is true and correct and of my personal knowledge.  Executed this 17th day of July 2008, at San

5    Francisco, California.

6

7    David Barbaras

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BROWN & DANNIS
301 EAST OCEAN BOULEVARD
SUITE 1750
LONG BEACH, CA 90802

2

DECLARATION OF DAVID BARBARAS IN SUPPORT OF DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD; CASE NO. C-08-02805 EDL

SF 321994v1



1  OFFICE OF ADMINISTRATIVE HEARINGS

2  SPECIAL EDUCATION DIVISION

3  STATE OF CALIFORNIA

4

5

6  In the Matter of:

7  SAN RAMON VALLEY UNIFIED
   SCHOOL DISTRICT,
8

9            Petitioner,

10 v.

11 THOMAS AND TAMARA BROCK ON
   BEHALF OF GREGORY BROCK,
12 STUDENT,

13         Respondents.

14

OAH No. N20080400331

15

16            May 14, 2008

               San Ramon California
17

18      BEFORE:    Susanne Dugan
                   Administrative Law Judge
19

20

21

22

23

24

25

26

27

28                                    Exhibit A
                                   **FILED UNDER SEAL**
                                      Page 1 of 1

MILLER BROWN & DANNIS
301 EAST OCEAN BOULEVARD
SUITE 1750
LONG BEACH, CA 90802

SF 322014v1