AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor by and through T.B., his Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. C-08-02805 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S MOTION TO SUPPLEMENT THE RECORD**<br><br>Hearing Date:   August 26, 2008<br>Time:                9:00 a.m.<br>Courtroom:      E, 15th Floor<br>Magistrate Judge: Hon. Elizabeth D. Laporte<br><br>Complaint Filed: June 5, 2008 |

Defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT's Motion to Supplement the Record came on for hearing before Honorable Elizabeth LaPorte on August 26, 2009, at 9:00 a.m. in Courtroom – of the above-entitled Court. Having read the papers filed by the parties herein, having heard oral arguments, and having considered all relevant factors pertinent to such motion, the Court orders as follows:

Defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT's Motion to

Supplement the Record is GRANTED. The District may supplement the administrative record as necessary to reconstruct the testimony and proceedings from the administrative hearing.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Elizabeth Laporte
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

2

[PROPOSED] ORDER GRANTING DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S MOTION TO SUPPLEMENT THE RECORD; CASE NO. C 08-02805 EDL

SF 321869v1

MILLER BROWN & DANNIS
301 EAST OCEAN BOULEVARD
SUITE 1750
LONG BEACH, CA 90802