AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendants
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor by and through T.B., his Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C-08-02805 EDL<br><br>**SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   August 26, 2008<br>Time:           9:00 a.m.<br>Courtroom:      E, 15th Floor<br>Magistrate Judge: Hon. Elizabeth D. Laporte<br><br>Complaint Filed: June 5, 2008 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on Tuesday, August 26, 2008 at 9:00 a.m. m. or as soon thereafter as counsel may be heard in the above-entitled Court, located a at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT will and hereby does move the Court for summary judgment under Rule 56 of the Federal Rules of Civil Procedure as set forth in *Capistrano Unified Sch. Dist. v. Wartenberg*, 59 F.3d 884, 892 (9th Cir. 1995).

1

1   This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Appendix of Foreign Authorities, the Administrative Record lodged under seal, all pleadings and papers on file, and upon such other matters as may be presented to the Court at or before the time of the hearing.

DATED: July 18, 2008

MILLER BROWN & DANNIS

By: /s/ Amy R. Levine
AMY R. LEVINE
Attorneys for Defendants
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

MILLER BROWN & DANNIS
301 EAST OCEAN BOULEVARD
SUITE 1750
LONG BEACH, CA 90802

SF 320049v1

2

SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; CASE NO. C-08-02805 EDL