AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor by and through T.B., his Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C-08-02805 EDL<br><br>**DECLARATION OF SARAH DANIEL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:    August 26, 2008<br>Time:    9:00 a.m.<br>Courtroom:    E, 15th Floor<br>Magistrate Judge: Hon. Elizabeth Laporte<br><br>Complaint Filed: June 5, 2008 |

I, Sarah Daniel, declare as follows:

1.  I am an attorney at Miller Brown & Dannis, counsel of record for Defendant in this action, and make this declaration in support of Defendant's Motion to Supplement the Record.

2.  I represented the San Ramon Valley Unified School District ("District") in the underlying due process hearing in this matter. Attached hereto is a true and correct copy of the Office of Administrative Hearing's May 7, 2008 Order Following Pre-Hearing Conference.

I declare under penalty of perjury, under the laws of the United States, that the foregoing

1

DECLARATION OF SARAH DANIEL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT CASE NO. C-08-02805 EDL

1  is true and correct and of my personal knowledge.  Executed this 18th day of July 2008, at San
2  Francisco, California.

3                                          /s/ Sarah Daniel
                                            Sarah Daniel

DECLARATION OF SARAH DANIEL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT  CASE NO. C-08-02805 EDL

BEFORE THE
OFFICE OF ADMINISTRATIVE HEARINGS
SPECIAL EDUCATION DIVISION
STATE OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT<br><br>v.<br><br>T‏      ; AND T       B,<br>Parents on behalf of G·      B¯<br>Student | OAH CASE NO. N2008040331<br><br><br>ORDER FOLLOWING PRE-HEARING CONFERENCE |

On May 2, 2008, Administrative Law Judge (ALJ) Suzanne Dugan, Office of Administrative Hearings (OAH), Special Education Division, held a telephonic Prehearing Conference in this matter. Attorney Sarah L. Daniel represented Berkeley Unified School District (District). T     and T       B,    , parents of Student, represented Student. After discussion with the parties, and good cause appearing the PHC Judge issues the following order:

1. <u>Hearing Dates, Location, and Times</u>. The hearing is scheduled to convene on May 12-16, 2008. The hearing will take place at 10550 Albion Rd., in the 3000 Wing, San Ramon, CA 94582. The hearing shall commence at 8:30 a.m. each day of the hearing. On Monday the hearing will continue until 5 p.m.; Tuesday, Wednesday, and Thursday the hearing will continue until 3:00 p.m. unless parents are able to arrange childcare to allow the hearing to continue until 5 p.m. The hearing schedule will be at the discretion of the ALJ.

2. <u>Telephonic testimony</u>. T'      B,    shall testify telephonically at a time to be arranged by the parties and the ALJ.

3. <u>District's Issues</u>. The issues are limited to the following:

   Is the District entitled to reassess Student in accordance with the October 11, 2007 and the January 18, 2008 enhanced assessment plan?

   Do parents have the right to obtain an IEE at District's expense at this time?

5. <u>District's Proposed Remedies</u>. District seeks to assess Student pursuant to the October 11, 2007 Assessment Plan, as Enhanced in January 2008, Over Parents' Objection and a finding that Parent's are not entitled to an IEE at this time.

6. <u>Order of Case Presentation</u>. Because District is the petitioner, District shall present their case first.

7. <u>Exhibits</u>. Exhibits shall be marked prior to the hearing, and shall be placed in binders and tabbed. Each tabbed exhibit binder shall contain a detailed index of its contents, including page numbers. Any documentary exhibit more than four pages in length shall be Bates-stamped or internally paginated. In the event of duplicate exhibits, the most legible version will be used. Pursuant to California Education Code section 56505, subdivision (e)(7), the parties must exchange their proposed exhibits at least five business days in advance of the hearing. Each party shall prepare and bring to the hearing an additional exhibit binder for use by witnesses. The parties have mailed another additional exhibit binder for use by the ALJ.

8. <u>Witnesses</u>. Each party is responsible for procuring the attendance at the hearing of its own witnesses. Each party shall make witnesses under its control reasonably available to the other party. The parties shall schedule their witnesses to avoid delays in the hearing and to minimize or eliminate the need for calling witnesses out of order or more than once. The parties shall proceed efficiently in their questioning of witnesses and shall narrow their witness lists and their questions to witnesses to avoid unnecessary or duplicative testimony. District shall serve a projected witness schedule on Student by the close of business on Thursday. Student shall serve a projected witness schedule on District by the close of business on Friday.

9. <u>District's Witnesses</u>. The District currently intends to call the following witnesses: Karen Heilbronner, Director of Secondary Special Education; Janet Terranova, Principal; Cheri Ng, Resource Specialist; Terri Locke, Occupational Therapist; Jill Chandler, Speech and Language Pathologist; Debbie Miller, General Education Teacher; Jackie Cheong, Independent Assessor; T    / B    , Mother of Student, and T'    B    , Father of Student.

10. <u>Student's Witnesses</u>. Student currently intends to call the following witnesses: Jackie Cheong, Educational Consultant/Psychologist; Doug Dildine, ILS Representative; Kara Ottenger; Maria Ciraco, Former Case Manager; Carol Abate, Teacher; Brenda Sue Quinn, Resource Teacher; Gilta Thomas, Former English Teacher; Barbara Coffman, Former History Teacher; Mr. Korsek; Robotics Teacher; Cheri Ng, Case Manager/English Teacher; Peg Schuetz, History Teacher; Brian Rouillard, Foods and Link Crew Teacher; Debbie Miller, Science Teacher; Damon Wright, School Psychologist, Ryan Clancy, former Aide; Scott Cooley, current Aide; Janet Terranova, Assistant Principal, Karen Heilbronner, Director of Special Education Secondary Level; Jill Chandler, Speech Therapist; Jane Garrick, OT;

Eleanor Alperton, OT; Amy Sommer, OT; Linda Johnson, OT; Terri Locke, OT, T˙
B˙ ,T˙ B˙ , and G˙ B˙ .

Student withdraws the following as witnesses: Gayle Hurd, Mark Corti, Sandy Cline, Doug Mason, Leonard Matthews, Joann Biondi, Carolyn Miller, Leslie Anderson, Rick Caldera, Roberta Silverstein, Darlene Rourke, Jennifer McDonald-Peltier, Claros Group, and Rachel Hurd.

Student's request to call the following witnesses is denied at this time as it has not been shown that their testimony is relevant to the issues: Deborah Bloom, Educational Consultant; Jan Chladek, CDE Exit Exam California Department of Education; Joann Ellgas, former Elementary School Principal; Maria Dubose; Robert Kessler, Superintendent; Tom Anderson, Former Program Manager; Don Simmons, former Program Manager; Joni Norris, Specialist; Matt Juhl, attorney; Sarah Daniel, attorney; Greg Marvel, School Board President.

11. Stipulations. The parties stipulate to the following stipulations:

In December 2007 Jackie Cheong was paid by District for the Assessment that she completed on Student in 2006. Ms. Cheong's written report was released in March 2008. T˙ B˙ met Leslie Anderson in October 2007 regarding the Compliance Complaint.

Stipulations to pertinent facts, contentions, or resolutions are encouraged. The parties are further encouraged to submit any stipulations to the ALJ in writing.

12. Settlement. The parties are encouraged to continue their attempts to reach an agreement before the due process hearing. The parties shall inform OAH in writing immediately should they reach a settlement or otherwise resolve the dispute before the scheduled hearing. If a settlement is reached three business days or less before the due process hearing is scheduled to begin, the parties shall, in addition, immediately inform OAH of that fact by telephone at 916-263-0880 during business hours, or at 916-274-6035 after hours or on weekends or holidays.

14. Failure to comply with this order may result in the exclusion of evidence or other sanctions.

IT IS SO ORDERED THIS DAY: May 7, 2008.

SUZANNE DUGAN
Administrative Law Judge
Special Education Division
Office of Administrative Hearings

# DECLARATION OF SERVICE

Case Name: BROCK, GREGORY                    OAH No.: 2008040331

I, <u>Garrett Fujitani</u>, declare as follows: I am over 18 years of age and am not a party to this action. I am employed by the Office of Administrative Hearings. My business address is 2349 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833. On <u>May 07, 2008</u>, I served a copy of the following document(s) in the action entitled above:

## ORDER FOLLOWING PREHEARING CONFERENCE

to each of the person(s) named below at the addresses listed after each name by the following method(s):

*[see attached service list or]*
T·    .nd T·    _ B·

Sarah L. Daniel
MILLER, BROWN, DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Via Fax: (415) 543-4384

☒ **Fax Transmission.** I personally transmitted the above-described document(s) to the person(s) at the fax number(s) listed above, from fax machine number **(916) 376-6319**, pursuant to Government Code section 11440.20 and California Code of Regulations, title 1, section 1008, subdivision (d). The fax transmission was reported as complete and without error. A copy of the transmission report showing the date and time of transmission, properly issued by the transmitting machine, is attached to this declaration of service.

☒ **Overnight Delivery.** I enclosed the above-described document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above, and placed the envelope or package with overnight delivery fees paid at an office or a location regularly utilized for collection and overnight delivery by an authorized overnight delivery courier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed at Sacramento, California on May 07, 2008

_____
Garrett Fujitani, Declarant

Exhibit A
Page 3 of 4