AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor by and through T.B., his Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C-08-02805 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   August 26, 2008<br>Time:           9:00 a.m.<br>Courtroom:      E, 15th Floor<br>Magistrate Judge: Hon. Elizabeth D. Laporte<br><br>Complaint Filed: June 5, 2008 |

Having considered the defendant's Motion for Summary Judgment, the plaintiff's opposition, and oral arguments of the parties, the Court hereby GRANTS defendant's Motion for Summary Judgment and dismisses this action with prejudice. Judgment shall be entered forthwith in defendant's favor. Defendant shall recover its costs.

IT IS SO ORDERED.

Dated: _____          _____
                                        Hon. Elizabeth D. Laporte
                                        MAGISTRATE JUDGE
                                        UNITED STATES DISTRICT COURT