AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B, a minor, by and through T.B., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | **CASE NO. C08-02805 EDL**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 18, 2008, I caused the true and correct copies of the following documents to be placed in an envelope addressed to the parties specified herein below and deposited with the United States Postal Service, First Class postage pre-paid marked for overnight delivery:

(1) **SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

(2) **DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT**

1

CERTIFICATE OF SERVICE; CASE NO. C08-02805 EDL

SF 318702v1

    (3)    **DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

    (4)    **DECLARATION OF SARAH DANIEL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    (5)    **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**PLAINTIFF PRO PER**

G.B.  
C/O T.B.  
19 Century Oaks Ct.  
San Ramon, CA  94583

Minor PLAINTIFF G.B.

**PLAINTIFF PRO PER**

T.B.  
19 Century Oaks Ct.  
San Ramon, CA  94583

PLAINTIFF and Guardian Ad Litem for PLAINTIFF G.B.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on July 18, 2008, at San Francisco, California.

*/s/ Christopher Davis*

SF 318702v1    CERTIFICATE OF SERVICE; CASE NO. C08-02805 EDL

Miller Brown & Dannis  
71 Stevenson Street, 19th Floor  
San Francisco, CA 94105