

1  AMY R. LEVINE, State Bar No. 160743
   alevine@mbdlaw.com
2  DAMARA MOORE, State Bar No. 215678
   dmoore@mbdlaw.com
3  SARAH L. DANIEL,State Bar No. 233814
   sdaniel@mbdlaw.com
4  MILLER BROWN & DANNIS
   71 Stevenson Street, 19th Floor
5  San Francisco, CA 94105
   Telephone: (415) 543-4111
6  Facsimile:  (415) 543-4384

7  Attorneys for Defendant
   SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| G.B., a minor by and through T.B., his Guardian Ad Litem, | Case No.  C-08-02805 EDL |
| Plaintiff, | **DECLARATION OF SARAH DANIEL IN OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO CONTINUE HEARING DATE** |
| v. | |
| SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, | Courtroom:     E, 15th Floor |
| | Magistrate Judge: Hon. Elizabeth Laporte |
| Defendant. | Complaint Filed:  June 5, 2008 |

19

20      I, Sarah Daniel, declare as follows:

21      1.      I am an attorney at Miller Brown & Dannis, counsel of record for Defendant in

22  this action, and make this declaration in support of Defendant's Motion to Supplement the

23  Record.

24      2.      I was legal counsel for the San Ramon Valley Unified School District

25  ("District") in the underlying due process hearing in this matter.

26      3.      I am familiar with Plaintiff G.B., who is a District student, and whose assessment

27  for purposes of special education was the focus of the underlying due process hearing.  I am also

28                                          1

DECLARATION OF SARAH DANIEL IN OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO
CONTINUE HEARING DATE; CASE NO. C-08-02805 EDL

323912_1.DOC

MILLER BROWN & DANNIS
301 EAST OCEAN BOULEVARD
SUITE 1750
LONG BEACH, CA 90802

1    familiar with his special education, having attended a December 2007 individualized education

2    program team meeting, at which his unique needs were discussed.  In addition, I have reviewed

3    G.B's student file, which is maintained by the District, and contains his educational history.

4        4.    Plaintiff is starting his senior year of high school in the District in August 2008.

5        5.    Plaintiff's parents have not provided consent for the District to conduct a

6    triennial assessment utilizing their own staff since he was in elementary school.    All

7    comprehensive assessments conducted since that time have utilized independent staff at the

8    insistence of Plaintiff's parents.

9        6.    District proposed a triennial assessment in the Fall of 2007 using its own

10   personnel to assess Student.  Student's parents refused to consent to the triennial, leaving the

11   District no choice but to enforce its obligation to assess Plaintiff through due process.

12       7.    Current evaluation data is warranted for Student.  District's primary purpose in

13   filing for hearing was to obtain this necessary information.  The decision issued by the Office of

14   Administrative Hearings granted the District the right to perform these necessary assessments

15   over parent objection.

16       I declare under penalty of perjury, under the laws of the United States, that the foregoing

17   is true and correct and of my personal knowledge.  Executed this 30th day of July 2008, at San

18   Francisco, California.

19                                    /s/ Sarah Daniel
                                       Sarah Daniel
20

21

22

23

24

25

26

27

28

MILLER BROWN & DANNIS
301 EAST OCEAN BOULEVARD
SUITE 1750
LONG BEACH, CA 90802

DECLARATION OF SARAH DANIEL IN OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO
CONTINUE HEARING DATE; CASE NO. C-08-02805 EDL

SF 323912v1