AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile:  (415) 543-4384

Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor by and through T.B., his Guardian Ad Litem, <br><br> Plaintiff, <br><br> v. <br><br> SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No. C-08-02805 EDL <br><br> **SUPPLEMENTAL DECLARATION OF DAVID BARBARAS IN OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO CONTINUE HEARING DATE** <br><br> Courtroom: E, 15th Floor <br> Magistrate Judge: Hon. Elizabeth Laporte <br><br> Complaint Filed: June 5, 2008 |

I, David Barbaras, declare as follows:

1. I serve in the capacity of Paralegal in the offices of Miller Brown & Dannis, counsel of record for Defendant in this action, and make this declaration in opposition to plaintiff's ex parte motion to continue hearing date.

2. On July 16, 2008, I received an original compact disc from counsel for Defendant in the underlying administrative matter, Sarah L. Daniel, marked "G. [B.] Hearing 5/14/08," which included the missing portion of the hearing in question (G.B.'s father's testimony).

3. On July 16 and 17, 2008, I transcribed the requested portion of the hearing

1  contained on that compact disc as faithfully as possible.

2      4.    The length of the portion of the hearing that I transcribed was 14 minutes.

3      I declare under penalty of perjury, under the laws of the United States, that the foregoing

4  is true and correct and of my personal knowledge. Executed this 30th day of July 2008, at San

5  Francisco, California.

6  

7  _____
   David Barbaras

Miller Brown & Dannis
301 East Ocean Boulevard
Suite 1750
Long Beach, CA 90802