AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor by and through T.B., his Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C-08-02805 EDL<br><br>**SUPPLEMENTAL DECLARATION OF ANNE STEWART IN OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO CONTINUE HEARING DATE**<br><br>Hearing Date:<br>Time:<br>Courtroom:   E, 15th Floor<br>Magistrate Judge: Hon. Elizabeth Laporte<br><br>Complaint Filed: June 5, 2008 |

I, Anne Stewart, declare as follows:

1.  I serve in the capacity of Litigation Management Paralegal in the offices of Miller Brown & Dannis, counsel of record for Defendant in this action, and make this declaration in Opposition to Plaintiff's Ex Parte Motion to Continue Hearing Date re District's Motion to Supplement the Record and Motion for Summary Judgment, and to Withdraw Defendant's Lodging of Administrative Record.

2.  On July 9, 2008, this office received a certified copy of the Administrative Record and Hearing Transcripts from the California Office of Administrative Hearings

1

("OAH"), Special Education Division, covering the underlying OAH due process proceedings which are the subject of Plaintiff's action. The hearing transcripts covered the hearings conducted on May 12, 13 and 14, 2008.

3. On July 11, 2008, I placed a call to Ms. Cindy Watts, OAH Transcript Coordinator, and informed her that upon review of the hearing transcripts, it was discovered that a portion of witness testimony, specifically that of T.B., the minor plaintiff's father, had been excluded from the May 14, 2008 hearing transcription provided by OAH. I further requested that we be provided with certified copies of the actual recordings taken during the dates of hearing so that we could ascertain the verbatim content of the missing testimony.

4. On July 14, 2008, Ms. Watts returned my call and informed me that the actual recordings were missing testimony, and that "at this time OAH cannot provide a complete transcription pending investigation of this matter. We concluded the conversation by agreeing that Ms. Watts would contact me regarding the results of the investigation and how the matter may be resolved. I was not further contacted by Ms. Watts or any OAH representative by telephone, email, or letter regarding the results of the investigation or any proposed resolution of the matter. At no time did Ms. Watts or any other OAH representative contact me to secure a copy of the District's tape, nor suggest that such tape would need to be provided in order to resolve the issue of the missing testimony.

5. In consideration of the facts and circumstances related to me by Ms. Watts on July 14, and in light of the fact that the District intended to file its motion for summary judgment on July 18, to have it heard as close to the beginning of the school year as possible, it was determined that the District would need to file a motion to supplement the record concurrently with its motion for summary judgment. It was at that point that we procured the District's tape of the testimony and transcribed it. We transcribed it in house because of the short turn around time and because it was cheaper for the District than sending it to a transcription service. It was not until July 21, 2008, three days after the District filed its motion to supplement the record, that this office received any communication from OAH, either by letter, telephone, or e-mail transmission, regarding OAH's proposed resolution to recreate the

missing portions of the May 14, 2008 hearing transcriptions. The communication we received on July 21 was an e-mail containing two attachments: 1) a letter dated July 21, 2008, from Linda Cabatic, Deputy Director, Office of Administrative Hearings, directed to District counsel and to G.B.'s mother, T.B., requesting copies of the parties' tape recordings in order to recreate the missing portions of the record; and 2) a copy of a letter dated July 21 from Ms. Cabatic to T.B., forwarding a copy of the "Corrected Decision." (True and correct copies of Ms. Cabatic's letter of July 21 to District Counsel and July 21 letter to T.B. are attached hereto as Exhibits A and B, respectively.)

6. Ms. Cabatic's July 21 letter to District's counsel and T.B. stated: "While several attempts were made to contact the District to secure a copy of their tape, we were not able to connect with the District." (Exhibit A, ¶ 2.) Upon my receipt of a copy of Ms. Cabatic's letter on July 23, I immediately contacted her on that date and advised her that at no time was I or any member of this firm contacted to secure a copy of the District's tape recordings, even though I was the individual who had originally contacted OAH to alert them of the missing testimony and to seek a resolution of the matter. I am informed and believe that no one from the District was contacted by OAH regarding the record. I advised Ms. Cabatic that if the District had been contacted to secure a copy of its tape recording, they would have informed us, because we had been in direct communication with them regarding the missing portions of the transcriptions provided by OAH, and the District would have immediately and appropriately referred any such calls or contacts directly to us as counsel of record for the District.

7. In her letter, Ms. Cabatic also stated, "Earlier, we had offered to recreate the missing portion of the administrative record using the tape recordings of the parties." (Exhibit A, ¶ 1.) I advised Ms. Cabatic that as to that statement, her letter of July 21 was the very first and only communication we received regarding OAH's proposal to recreate the record by transcribing the parties' tape recordings. I further asked her what dates attempts were made by OAH to contact either the District or District counsel regarding the foregoing record issues, and by whom the attempts were allegedly made. In reply, Ms. Cabatic simply stated, "Oh, well I'm not sure exactly when or how we communicated our request. I'll have to look into that."

8. Notwithstanding the fact that this office first received the above-stated request from OAH to provide the District's tape recordings in order to facilitate OAH's recreation of the missing hearing transcriptions. On July 21, 2008 I responded to Ms. Cabatic's request and informed her that we would have the District's tape recording of the May 14, 2008 hearing copied and forwarded to her. I sent the copy of the tape via Federal Express directly to Ms. Cabatic on July 25, 2008. On Monday, July 28, 2008, I received confirmation that the tape had been received by OAH.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and of my personal knowledge. Executed this 30th day of July 2008, at San Francisco, California.

*Anne Stewart*

---

4

SUPPLEMENTAL DECLARATION OF ANNE STEWART IN OPPOSITION TO EX PARTE APPLICATION; CASE NO. C-08-02805 EDL

SF 323334v1



**OFFICE OF ADMINISTRATIVE HEARINGS**
**SPECIAL EDUCATION DIVISION**
2349 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833-4231
(916) 263-0880 phone / (916) 263-0890 fax
www.oah.dgs.ca.gov

State of California
Department of General Services

July 21, 2008



Ms. Tammy Brock
19 Century Oaks Court
San Ramon, California 94583

Amy R. Levine, Esq.
Damara Moore, Esq.
Sarah L. Daniel, Esq.
Miller Brown & Dannis
71 Stevenson Street, 19th Floor
San Francisco, California 94105

Re: G.B. v. San Ramon Valley Unified School District
United States District Court, Northern District Case No. C-08-02805 EDL
OAH Case No. N2008040331

As you are aware, the Office of Administrative Hearings (OAH) discovered that part of the testimony taken during the course of the administrative hearings in the above-referenced matter on May 12, 13 and 14, 2008 was missing. Earlier, we had offered to recreate the missing portion of the administrative record using the tape recordings of the parties.

While several attempts were made to contact the district to secure a copy of their tape, we were not able to connect with the district. We are writing this letter to again request copies of the tape recordings from both of you so that we can transcribe the missing portion of the administrative record and issue the complete administrative record of the proceedings.

OAH will pay for copies of the tapes and you may submit your invoice for the cost of copying the tapes when you transmit the copy of the tape to OAH. Please send a copy of the tapes and the invoices to Presiding Judge Sherianne Laba at this address. Once we receive copies of both tapes and transcribe the missing portion of the testimony, we will be able to issue the complete administrative record for the proceedings, which we will make available to both of you.

Exhibit A
Page 1 of 2

_____ **Regional Offices** _____

| Los Angeles | Oakland | San Diego | Laguna Hills | Van Nuys |
|---|---|---|---|---|
| 320 West Fourth Street | 1515 Clay Street | 1350 Front Street. | 23046 Avenida De La Carlota | 15350 Sherman Way |
| Suite 630 | Suite 206 | Suite 6022 | Suite 750 | Suite 300 |
| Los Angeles, CA 90013 | Oakland, CA 94612 | San Diego, CA 92101 | Laguna Hills, CA 92653 | Van Nuys, CA 91406 |
| (213) 576-7200 | (510) 622-2722 | (619) 525-4475 | (949) 598-5850 | (818) 904-2383 |
| Fax (213) 576-7244 | Fax (510) 622-2743 | Fax (619) 525-4419 | Fax (949) 598-5860 | Fax (818) 904-2360 |

Subject: Re:   *G.B. v. San Ramon Valley Unified School District*
United States District Court, Northern District Case No. C-08-02805 EDL
<u>OAH Case No. N2008040331</u>
July 21, 2008
Page 2


Should you have any questions, please feel free to contact me.  We apologize for any inconvenience this may have caused you.

Sincerely,

*[signature]*

Linda A. Cabatic
Deputy Director



**OFFICE OF ADMINISTRATIVE HEARINGS**

2349 Gateway Oaks Drive, Suite 200, Sacramento, CA, 95833-4231
916 263-0550 phone | 916 263-0554 fax
www.oah.dgs.ca.gov

State of California
Department of General Services

July 21, 2008

Ms. Tammy Brock
19 Century Oaks Court
San Ramon, California 94583

Re:   OAH Case No. N2008040331

Dear Ms. Brock:

Pursuant to your discussion with Presiding Judge Sherianne Laba and then later with me, we are providing you with a copy of the "Corrected Decision" that was originally not served on you for your information.

Please be advised that we are in the process of issuing an "Amended Decision", which will advise the parties of the corrections made and will also be served on you as well as the district.

Again, we apologize for any inconvenience this inadvertent mistake has caused you.

Sincerely,


Linda A. Cabatic
Deputy Director

cc:   Amy R. Levine, Esq.
      Damara Moore, Esq.
      Sarah L. Daniel, Esq.

| **Regional Offices** | 320 West Fourth Street<br>Suite 630<br>Los Angeles, CA 90013<br>213 576-7200 phone<br>213 576-7244 fax | 1350 Front Street<br>Room 6022<br>San Diego, CA 92101<br>619 525-4475 phone<br>619 525-4419 fax | 1515 Clay Street<br>Suite 206<br>Oakland, CA 94612<br>510 622-2722 phone<br>510 622-2743 fax |

Exhibit B
Page 1 of 1