AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor by and through T.B., his Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. C-08-02805 EDL<br><br>**NOTICE OF LODGING OF ADMINISTRATIVE RECORD UNDER SEAL** |

**TO THE HONORABLE ELIZABETH LAPORTE AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT ("District") lodges under seal a copy of the following documents from the administrative record of the action before the Office of Administrative Hearings ("OAH") entitled *San Ramon Valley Unified School District v. G.B.*, OAH Case No. N20080400331: Decision; Corrected Decision; and Amended Decision. These documents are Bates-stamped 1432 through 1452.

Pursuant to Local Rule 79-5(a), General Order 53, and pursuant to this Court's June 2,

---

1

1  2008 Order Allowing Plaintiff to Proceed Under a Pseudonym which states "… all documents
2  that contain personally identifiable information, …, **be filed under seal**, or in alternative, be
3  redacted" (emphasis added), the District lodges this record under seal.  Attached hereto as
4  Exhibit A is a true and correct copy of the Court's June 2, 2008 Order Allowing Plaintiff to
5  Proceed Under a Pseudonym.

6  DATED: July 31, 2008                                MILLER BROWN & DANNIS

By:  /s/ Amy R. Levine
AMY R. LEVINE
Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

**SEALED BY ORDER OF THE COURT**

**RECEIVED** JUN - 5 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**FILED** JUL X 2 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ADR

1  T          B
2
3
4              IN THE UNITED STATES DISTRICT COURT
5              FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7   G      B., a minor, by and through          Civil Case No.
    T      B., his guardian Ad Litem.
8              Plaintiff                        C08-02805 EDL
9                                               [PLAINTIFF'S PROPOSED]
                                                ORDER ALLOWING PLAINTIFF
10                                              TO PROCEED UNDER A PSEUDONYM
    vs.
11
    SAN RAMON VALLEY UNIFIED SCHOOL              **FILED UNDER SEAL**
12  DISTRICT,
13             Defendant
14  _____
15
       The Court having considered the APPLICATION OF Plaintiff G       B., by and
16
    through his Guardian Ad Litem, T      B     , to protect his right to privacy and proceed
17
    under a pseudonym, the memorandum of points and authorities, and the declaration of parent and
18
    good cause appearing therefore,
19
       THE COURT ORDERS that (1) Petitioner and her Guardian Ad Litem may proceed under
20
    the pseudonyms "STUDENT" and "PARENT", respectively, and (2) all documents that contain
21
    personally identifiable information, including the Petition for Appointment of Guardian Ad Litem
22
    and the Declaration of Parent, be filed under seal, or in the alternative, be redacted.
23
    IT IS SO ORDERED
24
25  Date: June 2, 2008
26                                              _____
                                                UNITED STATES
27                                              DISTRICT COURT JUDGE
                                                MAGISTRATE
28

                                          1                    Exhibit A
                                                               Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY B et al,

    Plaintiff,

v.

SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT et al,

    Defendant.

Case Number: CV08-02805 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amy Rose Levine
Damara L. Moore
Sarah Lynn Daniel
Miller Brown & Dannis
71 Stevenson Street, 19th Floor
San Francisco, CA 94105

Tamara B.
19 Century Oaks Ct.
San Ramon, CA 94583

Dated: July 3, 2008

                                    Richard W. Wieking, Clerk
                                    By: Lili M. Harrell, Deputy Clerk