IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B,<br><br>        Plaintiff,<br><br>  v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>        Defendant.<br>_____ / | No. C-08-02805 EDL<br><br>**ORDER GRANTING IN PART PLAINTIFF'S EX PARTE MOTION TO CONTINUE SUMMARY JUDGMENT HEARING AND DENYING PLAINTIFF'S EX PARTE MOTION TO WITHDRAW ADMINISTRATIVE RECORD** |

On July 25, 2008, Plaintiff filed an ex parte motion to continue the summary judgment hearing and to withdraw the administrative record. Defendant opposed this ex parte motion, and Plaintiff filed a reply.

Plaintiff argues that the summary judgment hearing should be continued because the administrative record is incomplete. Civil Local Rule 16-5, requiring a certified copy of the administrative record to be filed with an answer within 90 days of receipt of service of the summons and complaint, does not apply to this case. Rule 16-5 was designed for cases, which, by their nature, are decided solely on the administrative record without the possibility of supplementation, and do not require a hearing, primarily appeals of decisions regarding social security disability benefits. In addition, Rule 16-5 contemplates cases in which the plaintiff would always move for summary judgment, which is not always the case in actions under the Individuals with Disabilities Education Act. However, because there is a possible ambiguity, the Court will grant Plaintiff a short extension of the summary judgment briefing schedule. Accordingly, Plaintiff shall file her opposition no later than August 11, 2008. Defendant shall file a reply no later than noon on August 15, 2008. The hearing is continued to September 2, 2008 at 2:00 p.m.

The Court denies Plaintiff's motion to withdraw the administrative record. Plaintiff has not

1  raised any issue of any possible inaccuracy in Defendant's transcription. If Plaintiff contends that
2  there are any inaccuracies, Plaintiff shall meet and confer immediately with Defendant regarding the
3  accuracy of Defendant's transcript of the missing fifteen minutes of the administrative hearing, and
4  shall strive to agree on correction, if any, to the transcription, and file them with the Court no later
5  than noon on August 15, 2008. The parties shall notify the Court and request to supplement the
6  record if the Office of Administrative Hearings prepares an official transcript.

**IT IS SO ORDERED.**

Dated: August 4, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge