AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| G.B., a minor by and through T.B., his Guardian Ad Litem, | Case No. C-08-02805 EDL |
|---|---|
| Plaintiff, | **NOTICE OF LODGING OF ADMINISTRATIVE RECORD UNDER SEAL** |
| v. | |
| SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

**TO THE HONORABLE ELIZABETH LAPORTE AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT ("District") lodges under seal a copy of the following documents from the administrative action before the Office of Administrative Hearings ("OAH") entitled *San Ramon Valley Unified School District v. G.B.*, OAH Case No. N20080400331:

1. Respondent's Prehearing Conference Disclosure Statement;
2. San Ramon Valley Unified School District's Prehearing Conference Statement;
3. Order Following Pre-Hearing Conference;

1
NOTICE OF LODGING OF ADMINISTRATIVE RECORD UNDER SEAL; CASE NO. C08-02805 EDL

4. Respondent's Closing Brief; and

5. Petitioner's Closing Brief.

These documents are Bates-stamped 1453 through 1508.

Pursuant to Local Rule 79-5(a), General Order 53, and pursuant to this Court's June 2, 2008 Order Allowing Plaintiff to Proceed Under a Pseudonym which states "… all documents that contain personally identifiable information, …, **be filed under seal**, or in alternative, be redacted" (emphasis added), the District lodges these documents. Attached hereto as Exhibit A is a true and correct copy of the Court's June 2, 2008 Order Allowing Plaintiff to Proceed Under a Pseudonym.

DATED: August 5, 2008

MILLER BROWN & DANNIS

By: /s/ Amy R. Levine
AMY R. LEVINE
Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

**SEALED BY ORDER OF THE COURT**

**RECEIVED** JUN - 5 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**FILED** JUL X 2 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ADR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

G_____ B., a minor, by and through T_____ B., his guardian Ad Litem.
  Plaintiff

vs.

SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,
  Defendant

Civil Case No.

**C08-02805 EDL**

[PLAINTIFF'S PROPOSED]
ORDER ALLOWING PLAINTIFF
TO PROCEED UNDER A PSEUDONYM

**FILED UNDER SEAL**

---

The Court having considered the APPLICATION OF Plaintiff G_____ B., by and through his Guardian Ad Litem, T_____ B_____, to protect his right to privacy and proceed under a pseudonym, the memorandum of points and authorities, and the declaration of parent and good cause appearing therefore,

THE COURT ORDERS that (1) Petitioner and her Guardian Ad Litem may proceed under the pseudonyms "STUDENT" and "PARENT", respectively, and (2) all documents that contain personally identifiable information, including the Petition for Appointment of Guardian Ad Litem and the Declaration of Parent, be filed under seal, or in the alternative, be redacted.

IT IS SO ORDERED

Date: June 2, 2008

_____
UNITED STATES
DISTRICT COURT JUDGE
MAGISTRATE

-1-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY B et al,

        Plaintiff,

v.

SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT et al,

        Defendant.

Case Number: CV08-02805 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amy Rose Levine
Damara L. Moore
Sarah Lynn Daniel
Miller Brown & Dannis
71 Stevenson Street, 19th Floor
San Francisco, CA 94105

Tamara B.
19 Century Oaks Ct.
San Ramon, CA 94583

Dated: July 3, 2008

                    Richard W. Wieking, Clerk
                    By: Lili M. Harrell, Deputy Clerk