UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

G.B., a minor by and through T.B., his
Guardian ad Litem,
        Plaintiff(s),

v.

SAN RAMON VALLEY UNIFIED
SCHOOL DISTRICT,
        Defendant(s).

Case No. C08-cv-02805 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/12/08

Dated: 8/15/08

*[signature]*
[Party]

*[signature]*
[Counsel]