AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
SARAH L. DANIEL, State Bar No. 233814
sdaniel@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B, a minor, by and through T.B., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. C08-02805 EDL<br><br>**DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies on behalf of Defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT that as of this date, other than the named parties, there is no such interest to report.

DATED: August 15, 2008                    MILLER BROWN & DANNIS

                                          By:   /s/ Sarah L. Daniel
                                                SARA L. DANIEL
                                                Attorneys for Defendant
                                                SAN RAMON VALLEY UNIFIED
                                                SCHOOL DISTRICT