```
1   AMY R. LEVINE, State Bar No. 160743
    alevine@mbdlaw.com
2   DAMARA MOORE, State Bar No. 215678
    dmoore@mbdlaw.com
3   SARAH L. DANIEL, State Bar No. 233814
    sdaniel@mbdlaw.com
4   MILLER BROWN & DANNIS
5   71 Stevenson Street, 19th Floor
    San Francisco, CA 94105
6   Telephone: (415) 543-4111
    Facsimile: (415) 543-4384
7
8   Attorneys for Defendant
    SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B, a minor, by and through T.B., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | **CASE NO. C08-02805 EDL**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 15, 2008, I caused the true and correct copies of the following documents to be placed in an envelope addressed to the parties specified herein below and deposited with the Federal Express, Airbill Nos. 865615985127 and 865615985138, marked for overnight delivery:

(1) **SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;**

(2) **SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S OBJECTIONS TO EVIDENCE REFERENCED IN PLAINTIFF'S RESPONSE AND**

|   |   |
|---|---|
|   | OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND AFFIDAVIT OF TAMARA BROCK; |
| (3) | SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF ITS REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; |
| (4) | [DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S] ADR CERTIFICATION BY PARTIES AND COUNSEL; and |
| (5) | DEFENDANT SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS. |

**PLAINTIFF PRO PER**

G.B.
C/O T.B.
19 Century Oaks Ct.
San Ramon, CA 94583

Minor PLAINTIFF G.B.

**PLAINTIFF PRO PER**

T.B.
19 Century Oaks Ct.
San Ramon, CA 94583

PLAINTIFF and Guardian Ad Litem for
PLAINTIFF G.B.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this declaration was executed on August 15, 2008, at San Francisco, California.

_Christopher Davis_

SF 318702v1    CERTIFICATE OF SERVICE; CASE NO. C08-02805 EDL