UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

G.B., a minor, by and through T.B., His
Guardian Ad Litem

        Plaintiff(s),

v.

SAN RAMON VALLEY UNIFIED
SCHOOL DISTRICT

        Defendant(s).

Case No. C08-cv-02805-EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

E-filing

FILED
AUG 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/18/08

Dated: 8/18/08

G.B., by and through T.B. *His Guardian Ad Litem*
[Party]

*J.B.*
[~~Counsel~~] *Parent Representative for Plaintiff*

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05