1  T. B.
   Address Redacted
2  Parent Representative for Plaintiff

**E-filing**

**FILED**
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor by and through T.B. his Guardian Ad Litem,<br><br>   Plaintiff<br><br>   v.<br><br>San Ramon Valley Unified School District<br><br>   Defendant | Case No. C08-02805 EDL<br><br>**PLAINTIFF G.B. CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies on behalf of Plaintiff G.B. that as of this date, other than the named parties, there is no such interest to report.

DATED: August 18, 2008

_____
T.B. Parent Representative for G.B.

-1-