T. B.
Address Redacted
Parent Representative for Plaintiff

E-filing

**FILED**
AUG 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor by and through T.B. his Guardian Ad Litem,<br><br>    Plaintiff<br><br>    v.<br><br>San Ramon Valley Unified School District<br><br>    Defendant | Case No. C08-02805 EDL<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 18, 2008, I caused the true and correct copies of the following documents to be placed in an envelope addressed to the parties specified herein below:

(1) PLAINTIFF'S ADR CERTIFICATION BY PARTIES AND COUNSEL
(2) PLAINTIFF G.B. CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

To each of the persons named below at the addresses via U.S.mail:


Hon. Elizabeth D. Laporte
450 Golden Gate Ave.
San Francisco, CA 94102


Amy Levine
Miller, Brown & Dannis
71 Stevenson Street, 19th Floor
San Francisco, CA 94105

-1-

-2-

1  DATED: August 18, 2008

                                            _____
                                            T.B. Parent Representative for G.B.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-