1  T. B.
   Address Redacted
2  Parent Representative for Plaintiff

FILED
08 AUG 20 PM 12:38

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| G.B., a minor by and through T.B. his Guardian Ad Litem,<br><br>   Plaintiff,<br><br>   v.<br><br>San Ramon Valley Unified School District<br><br>   Defendant. | Case No. C08-02805 EDL<br><br>**PLAINTIFF G.B.'s OBJECTION TO DEFENDANT DISTRICT'S OBJECTION TO EVIDENCE REFERENCED IN PLAINTIFF'S RESPONSE AND OPPOSTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND AFFIDAVIT OF T. B.** |
|---|---|

Plaintiff objects to Defendant's OBJECTION TO EVIDENCE REFERENCED IN PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND AFFIDAVIT OF T. B. as follows:

Plaintiff received the Defendant District's 15-page response to Plaintiff's Opposition to Motion for Summary Judgment on August 18, 2008. He also received a 52-page objection.

Plaintiff objects to Defendant's 52 page appendage to its Response on two grounds:

-1-

1.     Plaintiff's Response and Objection founded his complaint on claims the Administrative Law Judge below erred as a matter of fact, law, and mixed fact and law. He brought his complaint in C08-02805 EDL under 20 U.S.C. § 1415(i)(2)(C). Plaintiff denies his Response and Objection to Defendant's motion for summary judgment includes evidence not entered in the matter below. Plaintiff brought this civil action under 20 U.S.C. § 1415(i)(2)(C) because, in part, he claims the Administrative Law Judge below erred as a matter of fact and law because she excluded relevant and material evidence.

However, even if he does raise new evidence, this Court may hear additional evidence under 20 U.S.C. § 1415 (i)(2)(C).

At subparagraph (C), the statute reads:

> In any action brought under this paragraph, the court—
>
>     (i) shall receive the records of the administrative proceedings;
>
>     (ii) shall hear additional evidence at the request of a party; and
>
>     (iii) basing its decision on the preponderance of the evidence, shall grant such relief as the court determines is appropriate.

20 U.S.C. § 1415(i)(2)(C). See also, *Forest Grove School District v. T.A.*, 05-35641 pp. 4546 – 4546 (9th Cir. 4-28-2008) (Following *Gregory K. v. Long-view Sch.Dist.*, 811 F.2d 1307, 1310 (9th Cir. 1987), the 9th Circuit reviews errors of law *de novo*; Following *Capistrano Unified Sch. Dist. v. Wartenberg*, 59 F.3d 884, 891 (9th Cir. 1995), the 9th Circuit reviews factual findings for clear error.

2. Civil L.R. 7-4(b) is clear: a reply brief or memorandum may not exceed 15 pages of text. Defendant's "styling" a 52 - page extension of its Reply as and Objection to Evidence constitutes a thinly disguised 67 page Response. (Documents No. 49 and 50)

Defendant's Objection (Documents 49 and 50) demonstrate material issues do in fact exist in this matter and this Court may review evidence *de novo*.

Therefore, <u>Defendant's Motion for Summary Judgment must be denied</u>.

DATED: August 19, 2008

*/s/*

T.B. Parent Representative for G.B.