1  T. B.
2  Address Redacted E-filing
   Parent Representative for Plaintiff

FILED
08 AUG 20 PM 12: 38
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., a minor by and through T.B. his Guardian Ad Litem,<br><br>    Plaintiff<br><br>    v.<br><br>San Ramon Valley Unified School District<br><br>    Defendant | Case No. C08-02805 EDL<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 19, 2008, I caused the true and correct copies of the following documents to be placed in an envelope addressed to the parties specified herein below:

(1) PLAINTIFF G.B.'s OBJECTION TO EVIDENCE REFERENCED IN PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND AFFIDAVIT OF T. B.

To each of the persons named below at the addresses via U.S.mail:

Hon. Elizabeth D. Laporte
450 Golden Gate Ave.
San Francisco, CA 94102

Amy Levine
Miller, Brown & Dannis
71 Stevenson Street, 19th Floor
San Francisco, CA 94105

-1-

-2-

1
2  DATED: August 19, 2008
3
4                                                                    *J.B.*
5                                         ———————————————
                                          T.B. Parent Representative for G.B.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28