UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**  **Date:** September 2, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**  C-08-02805 EDL

**Title:**  G. B v. SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

**Attorneys:**  Plaintiff: Tamara Brock, Thomas Brock   Defendant: Amy Levine

**Deputy Clerk:**  Lili M. Harrell   **Court Reporter:** Belle Ball
(Time: 38 min)

**PROCEEDINGS:**  **RULINGS:**

Defendant's Motions
   - to Supplement the Record  Granted
   - for Summary Judgment  Submitted

**ORDERED AFTER HEARING:** Initial Case Management Conference continued to 9/30/08 at 3:00 p.m.

**ORDER TO BE PREPARED BY:** [ ] Plaintiff  [ ] Defendant  [X] Court

**Case Continued to:**

Notes:

cc: