1  T. B.
   Address Redacted
2  Parent Representative for Plaintiff

FILED

03 SEP -2 AM 11: 20

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
4     IN THE UNITED STATES DISTRICT COURT
5     FOR THE NORTHERN DISTRICT OF CALIFORNIA
6

7  G.B., a minor by and through T.B. his     Case No. C08-02805 EDL
8  Guardian Ad Litem,
9      Plaintiff                              **CERTIFICATE OF SERVICE**
10     v.
11 San Ramon Valley Unified School District
12     Defendant

13
14     I hereby certify that on August 19, 2008, I caused the true and correct copies of the following documents to be placed in an envelope addressed to the parties specified herein below:
15
16     (1) PLAINTIFF CASE MANAGEMENT STATEMENT
17 To each of the persons named below at the addresses via hand delivered:
18 Hon. Elizabeth D. Laporte
   450 Golden Gate Ave.
19 San Francisco, CA 94102

20 Amy Levine
   Miller, Brown & Dannis
21 71 Stevenson Street, 19th Floor
22 San Francisco, CA 94105

23 DATED: September 2, 2008
24
25
26                                              _____
                                                T.B. Parent Representative for G.B.
27
28

-1-